A91A0136. ANDERSON v. THE STATE.
(419 SE2d 156)

CARLEY, Presiding Judge.
In *Anderson v. State*, 199 Ga. App. 595 (405 SE2d 504) (1991),

we affirmed appellant's conviction. On certiorari, however, the Supreme Court reversed. *Anderson v. State*, 262 Ga. 26 (413 SE2d 732) (1992). Accordingly, our original judgment is vacated and the judgment of the Supreme Court is hereby made the judgment of this court. Appellant's conviction is reversed.

*Judgment reversed. Beasley and Johnson, JJ., concur.*

Decided April 7, 1992.

*Harrison & Harrison, Samuel H. Harrison*, for appellant.

*Gerald N. Blaney, Jr., Solicitor, David M. Fuller, Rosanna Musengo, Jeffrey P. Kwiatkowski, Assistant Solicitors*, for appellee.